UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KAROL YAIMAR HERNANDEZ DELGADO,    Petitioner,

v.    Civil Action No. 4:26-cv-22-RGJ

KRISTI NOEM, et al.,    Respondents.

\* \* \* \* \*

## ORDER

The Parties have filed a stipulation of dismissal signed by all parties. [DE 8]. Accordingly, and the Court being otherwise sufficiently advised,

IT IS ORDERED:

    I.    This action stands **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    II.    The action is **CLOSED** and **STRICKEN** from the Court's active docket.

    III.    All pending dates and deadlines are **VACATED**.

    IV.    The pending Petition [DE 1] is **MOOT**.

*Rebecca Grady Jennings, District Judge*
United States District Court

January 22, 2026